**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:22-cv-60669**

VITAL PHARMACEUTICALS, INC.,
d/b/a VPX SPORTS/ REDLINE/BANG
ENERGY, a Florida Corporation,

     Plaintiff,

v.

EUROPA SPORTS PARTNERS, LLC,
a Delaware limited liability company, f/d/b/a as
Europa Sports Products, Inc., a North Carolina
corporation,

     Defendant.

_____/

## COMPLAINT FOR DAMAGES

Plaintiff, VITAL PHARMACEUTICALS, INC. d/b/a VPX/ Redline/ Bang Energy, a Florida corporation (hereinafter "VPX"), brings this action against Defendant, EUROPA SPORTS PARTNERS, LLC, a Delaware limited liability company, formerly doing business as Europa Sports Products, Inc., a North Carolina corporation (hereinafter "ESP"), and in support thereof alleges:

## NATURE OF ACTION

1.     This is a cause of action for damages for breach of contract, account stated, unjust enrichment and promissory estoppel under theories of both direct and successor liability, as ESP has obligated itself directly to repay the debts of its predecessor company and is liable through successor liability theories; all of which entitle VPX to recover the repayment of these outstanding debts.

1

## PARTIES, JURISDICTION AND VENUE

2.      VPX is a Florida corporation organized and existing under the laws of the State of Florida, with its principal place of business located in Broward County, Florida.

3.      ESP is a Delaware limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business located in Charlotte, North Carolina. ESP is a successor of and/or was formerly known as Europa Sports Products, Inc., a former North Carolina corporation.  ESP is registered to transact business in the State of Florida pursuant to F.S. §605.0902.

4.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §1332, as VPX, on one side, and the Defendant, on the other side, are citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

5.      Venue is proper in the United States District Court for the Southern District of Florida, Fort Lauderdale Division, under: (a) 28 U.S.C. §1391(b)(2), as a substantial part of the events or omissions giving rise to the claim asserted herein occurred in this District and/or (b) the Defendant conducts significant business with VPX and others in this District.

6.      This Court has personal jurisdiction over ESP pursuant to Fla. Stat §48.193(1)(a)(7) because this action arises out of ESP's failure to pay monies contractually required to be paid to VPX in Broward County, Florida and thus ESP is subject to personal jurisdiction in this action; and/or pursuant to Fla. Stat. . §48.193(2), because ESP engages in substantial and not isolated activity within the State of Florida, has so registered to conduct business in the State of Florida, and has constitutional minimum contacts with the State of Florida.

## GENERAL ALLEGATIONS

7.      Since its founding in the 1990's, VPX has manufactured and sold products in the sports nutrition, dietary supplement and beverage industries.  Over the course of the past several years, VPX, through intensive product development and promotional efforts, has carved out a substantial market presence with its aforesaid product lines, including, but not limited to, its well-known VPX's Bang® energy drink products.

8.      Since 2021, ESP has operated its business as a distributor or nutritional and sports supplements, sports drinks and accessories to mass market retailers, gyms, health food stores and specialty supplement retailers.  Prior to its inception, ESP was engaged in business as Europa Sports Products, Inc. and provideed almost the identical services as it does today.

9.      In or about 2021, Europa Sports Products, Inc. ceased its business operations. Almost immediately thereafter, ESP was formed and essentially stepped in the shoes of Europa Sports Products, Inc. and continued the business operations of Europa Sports Products, Inc.

10.      Since as early as 2020, Europa Sports Products, Inc. was purchasing VPX various products.    When products were purchased, VPX prepared and submitted valid commercial invoices containing terms and conditions to Europa Sports Products, Inc., for each product purchase.   The standard terms and conditions was "Net 30" payment.  Neither ESP nor Europa Sports Partners, Inc., has ever timely contested either the validity or the correctness of the VPX invoices.

11.      By May of 2021, Europa Sports Products, Inc. had incurred an outstanding and past due balance of several million dollars for the purchase of VPX product.  *See* Exhibit 1 hereto, spreadsheet of VPX invoices.     VPX placed Europa Sports Products, Inc. on hold thereby preventing and further sales of VPX products,

12.     In or about June 2021, ESP had stepped into the business shoes of Europa Sports Products, Inc., who by this time had ceased its business operations.   ESP desired to continue purchasing product from VPX.

13.     In or about June 1, 2021, VPX and ESP entered into an oral agreement whereby ESP would be allowed to purchase VPX product on a prepaid basis, and ESP agreed to pay Europa Sports Products, Inc.'s outstanding and past due amount over time and as it prepaid for new product orders.

14.     Subsequently, VPX sold product to ESP on a prepaid basis and ESP made a few payments towards the outstanding and past due amounts.   After the few payments towards the outstanding and past due amount, ESP stopped making any further payments.

15.     In February 2022, when VPX questioned ESP concerning its payment of the outstanding and past due amount, an ESP Purchasing Manager advised in writing that ESP had a move forward plan with respect to the payment of the outstanding and past due amount.

16.     As of February 2022, the outstanding and past due balance was $1,284,590.48, exclusive of interest.

17.     On February 4, 2022, as it had done on previous occasions, VPX made formal demand of ESP for the payment of the outstanding and past due amount.

18.     Any and all conditions precedent to VPX bringing this action have occurred, or have been met, excused or waived.

### *SUCCESSOR LIABILITY*

19.     Since in or about May 2021, ESP is a successor company to Europa Sports Products, Inc. and had direct knowledge of the outstanding and past due of amount owed to VPX by Europa Sports Products, Inc.

20. Defendant has **successor liability** in the instant action for, but not limited to, the following reasons:

  a. There has been a substantial continuity of business operations since succession.

  b. The successor company uses the same facilities at the same address, same email address, and phone numbers, including those for the sales division..

  c. The successor company uses the same or substantially the same work force.

  d. The successor company uses the same or substantially the same supervisory personnel.

  e. Under the successor company, the same jobs exist under substantially the same working conditions.

  f. The successor company uses the same machinery, equipment and methods of production, the same customers, and sells the same products.

  g. The successor company uses the same website for Europa Sports and the identical social media accounts.

  h. The successor company uses the same business phone number.

21. Defendant, the successor company, is therefore liable for any and all damages caused by the predecessor company in the instant action.

<u>**COUNT I – BREACH OF AN ORAL CONTRACT**</u>
**(Direct Liability)**

22. Plaintiff reincorporates and realleges the allegations in Paragraphs 1 – 21 hereinabove, as if set forth fully herein.

23. Defendant ESP entered into an oral agreement with Plaintiff VPX that provided for ESP's agreement to pay off the outstanding and past due balance of its predecessor entity, in return for VPX' agreement to continue to sell product on a prepaid basis to ESP.

24.     Plaintiff VPX has complied in all respects with its oral agreement with ESP. Although it made a couple of payments and continues acknowledging its obligation to pay the outstanding and past due amount, ESP has failed to pay off the outstanding and past due amount.

25.     Defendant ESP has breached the agreement and, as a result, Plaintiff VPX has suffered damages.

WHEREFORE, VPX requests a judgment for damages, pre-judgment interest, attorney's fees and costs in favor of VPX and against ESP, and for such other relief as the Court deems equitable and appropriate under the circumstances.

## COUNT II - OPEN ACCOUNT
### (Direct Liability)

26.     VPX hereby restates the allegations set forth in paragraphs 1 through 21 hereinabove as if set forth within this Count.

27.     ESP owes VPX the principal sum of no less than $1,284,590.48, in accordance with Invoices attached hereto as Exhibit 2, plus interest accrued and accruing.

WHEREFORE, Plaintiff, VPX, demands judgment for damages against Defendant, ESP, for all unpaid principal sums owing, interest, court costs, reasonable attorneys' fees, and any such other and further relief as the Court may deem just and proper.

## COUNT III – BREACH OF AN ORAL CONTRACT
### (Successor Liability)

28.     Plaintiff reincorporates and realleges the allegations in Paragraphs 1 – 21 hereinabove, as if set forth fully herein.

29.     Defendant ESP's predecessor, Europa Sports Products, Inc., entered into an oral agreement with Plaintiff VPX that provided for the payment of all sums due and owing for product purchased from VPX and the payment in full of all outstanding invoices in exchange for VPX selling product.

30.     Plaintiff VPX has complied in all respects with its oral agreement with ESP's predecessor.

31.     Defendant ESP's predecessor breached the oral agreement and, as a result, Plaintiff VPX has suffered damages.

32.     Defendant ESP is a successor entity and as such is responsible for the outstanding and past due amount of its predecessor under the theories of successor liability.

WHEREFORE, VPX requests a judgment for damages, pre-judgment interest, attorney's fees and costs in favor of VPX and against ESP, and for such other relief as the Court deems equitable and appropriate under the circumstances.

## COUNT IV – ACCOUNT STATED
### (Successor Liability)

33.     Plaintiff reincorporates and realleges the allegations in Paragraphs 1 – 21 hereinabove, as if set forth fully herein.

34.     Before the institution of this action Plaintiff VPX and Defendant ESP's predecessor had numerous business transactions between them and on or about May 2021, they agreed to the resulting balance due and owing on the outstanding and past due account between them.

35.     Plaintiff rendered multiple commercial invoices to Defendant ESP's predecessor, a copy of the commercial invoices for the outstanding and past due amount is attached as Exhibit 2.

36.     Defendant ESP has never contested the validity or correctness of the invoices attached hereto as Exhibit 2.  Each and every invoice attached as Exhibit 2 is past due.

37.     Defendant ESP is a successor entity and as such is responsible for the outstanding and past due amount of its predecessor under the theories of successor liability.

38.     Defendant ESP owes Plaintiff $1,284, 590.48 that is due with interest since at least May 2021, on its account with VPX.

WHEREFORE, VPX requests a judgment for damages, pre-judgment interest, attorney's fees and costs in favor of VPX and against ESP, and for such other relief as the Court deems equitable and appropriate under the circumstances.

### COUNT V  --  GOODS SOLD
**(Successor Liability)**

39.     VPX hereby restates the allegations set forth in paragraphs 1 through 21 hereinabove as if set forth within this Count.

40.     ESP owes VPX the principal sum of no less than $1,284,590.48, plus interest accrued and accruing, for the goods that VPX sold and delivered to ESP's predecessor, as reflected within the Invoices attached hereto as Exhibit 2.

41.     Defendant ESP is a successor entity and as such is responsible for the outstanding and past due amount of its predecessor under the theories of successor liability.

WHEREFORE, Plaintiff, VPX, demands judgment for damages against Defendant, ESP, for all unpaid principal sums owing, interest, court costs, reasonable attorneys' fees, and any such other and further relief as the Court may deem just and proper.

### COUNT VI – PROMISSORY ESTOPPEL
**(Direct Liability)**

42.     Plaintiff reincorporates and realleges the allegations in Paragraphs 1 – 21 hereinabove, as if set forth fully herein.

43.     Plaintiff VPX has complied and otherwise fully performed all requirements to be entitled to payment of the outstanding and past due balance which Defendant ESP agreed to honor and repay.  earned profits and payment of his commissions.

44.     Based upon the circumstances, Defendant ESP reasonably should have expected that their representations for the honoring and repayment of the outstanding and past due amount would induce Plaintiff VPX' reliance thereupon.

45.     Plaintiff VPX did in fact rely on Defendant ESP's representations when it agreed to continue to sell product to Defendant ESP and forego collection effort.

46.      As a result of Defendant ESP's misrepresentations and breach, Plaintiff VPX has been damaged while Defendant ESP continue to incur a benefit and refuse to pay the debt owed to Plaintiff VPX.

47.     Plaintiff VPX is entitled to repayment of the outstanding and past due amount

48.     It would be unjust and inequitable for Defendant ESP to retain 100% of the value of outstanding and past due amount.

WHEREFORE, VPX requests a judgment for damages, pre-judgment interest, attorney's fees and costs in favor of VPX and against ESP, and for such other relief as the Court deems equitable and appropriate under the circumstances.

## COUNT VII – UNJUST ENRICHMENT
### (Successor Liability)

49.     Plaintiff reincorporates and realleges the allegations in Paragraphs 1 – 21 hereinabove, as if set forth fully herein.

50.     Defendant ESP's predecessor accepted the benefit of their continued business with Plaintiff VPX on promise of, among other things, to pay all sums due and owing.

51.     Plaintiff VPX relied upon the promise of payment by Defendant ESP's predecessor.

52.     Plaintiff VPX has requested payment of the outstanding and past due amounts, but all requests have been refused.

53.   Plaintiff VPX has fully performed all requirements to be entitled to payment of the outstanding and past due amount.

54.   Defendant ESP's predecessor, and then in turn Defendant ESP, has kept the benefit of the payment of the outstanding and past due amount from Plaintiff VPX without properly compensating Plaintiff VPX.  It would be inequitable for Defendant ESP's predecessor, and in turn Defendant ESP to retain the benefit of Plaintiff VPX' interest without paying Plaintiff VPX.

WHEREFORE, VPX requests a judgment for damages, pre-judgment interest, attorney's fees and costs in favor of VPX and against ESP, and for such other relief as the Court deems equitable and appropriate under the circumstances.

Dated: April 4, 2022

Respectfully submitted,

/s/ Alexander Angueira
Alexander Angueira, Esq.
Fla. Bar No. 0716091
legal@vpxsports.com
Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, FL 33326
Phone: 305.915.0473

**/s/ Gregg H. Metzger**
Gregg H. Metzger, Esq.
Florida Bar No. 836850
Vital Pharmaceuticals, Inc.
1600 North Park Drive
Weston, Florida 33326
Telephone: (786)-417-0104
Email: Gregg.Metzger@bangenergy.com

*Attorneys for Plaintiff, Vital Pharmaceuticals, Inc.,*
*d/b/a VPX Sports*

# EXHIBIT 1

| Name | PO | Invoice ID | Posting Date | Due Date | Amount |
|------|----|-----------|--------------|----------|--------|
| Europa Sports Products, Inc. | 398563 000 OP | INV-71594 | 7/2/2020 | 8/1/2020 | $21,487.82 |
| Europa Sports Products, Inc. | 401620 000 OP | INV-78735 | 9/16/2020 | 10/16/2020 | $43,363.45 |
| Europa Sports Products, Inc. | 401618 000 OP | INV-79745 | 9/24/2020 | 10/24/2020 | $32,886.00 |
| Europa Sports Products, Inc. | 401618 000 OP | INV-79746 | 9/24/2020 | 10/24/2020 | $24,872.40 |
| Europa Sports Products, Inc. | 401990 000 OP | INV-79751 | 9/24/2020 | 10/24/2020 | $20,965.00 |
| Europa Sports Products, Inc. | 401904 000 OP | INV-80090 | 9/28/2020 | 10/28/2020 | $9,900.00 |
| Europa Sports Products, Inc. | 401904 000 OP | INV-80091 | 9/28/2020 | 10/28/2020 | $48,097.44 |
| Europa Sports Products, Inc. | 402240 000 OP | INV-80627 | 9/30/2020 | 10/30/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 402244 000 OP | INV-80629 | 9/30/2020 | 10/30/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402244 000 OP | INV-80630 | 9/30/2020 | 10/30/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402243 000 OP | INV-80665 | 9/30/2020 | 10/30/2020 | $5,103.00 |
| Europa Sports Products, Inc. | 402245 000 OP | INV-80666 | 9/30/2020 | 10/30/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 402239 000 OP | INV-80728 | 10/1/2020 | 10/31/2020 | $9,504.00 |
| Europa Sports Products, Inc. | 402239 000 OP | INV-80838 | 10/1/2020 | 10/31/2020 | $7,128.00 |
| Europa Sports Products, Inc. | 400805 000 OP | INV-80843 | 10/1/2020 | 10/31/2020 | $19,015.20 |
| Europa Sports Products, Inc. | 402078 000 OP | INV-81063 | 10/5/2020 | 11/4/2020 | $29,272.32 |
| Europa Sports Products, Inc. | 402078 000 OP | INV-81064 | 10/5/2020 | 11/4/2020 | $8,505.00 |
| Europa Sports Products, Inc. | 401616 000 OP | INV-81196 | 10/2/2020 | 11/1/2020 | $23,814.00 |
| Europa Sports Products, Inc. | 402454 000 OP | INV-81442 | 10/6/2020 | 11/5/2020 | $15,309.00 |
| Europa Sports Products, Inc. | 402420 000 OP | INV-81443 | 10/6/2020 | 11/5/2020 | $11,907.00 |
| Europa Sports Products, Inc. | 402242 000 OP | INV-81465 | 10/6/2020 | 11/5/2020 | $39,123.00 |
| Europa Sports Products, Inc. | 402453 000 OP | INV-81466 | 10/7/2020 | 11/6/2020 | $5,103.00 |
| Europa Sports Products, Inc. | 402453 000 OP | INV-81467 | 10/7/2020 | 11/6/2020 | $11,907.00 |
| Europa Sports Products, Inc. | 402420 000 OP | INV-81504 | 10/7/2020 | 11/6/2020 | $17,010.00 |
| Europa Sports Products, Inc. | 402078 000 OP | INV-81611 | 10/7/2020 | 11/6/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402240 000 OP | INV-81612 | 10/7/2020 | 11/6/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402243 000 OP | INV-81613 | 10/7/2020 | 11/6/2020 | $13,608.00 |
| Europa Sports Products, Inc. | 402455 000 OP | INV-81614 | 10/7/2020 | 11/6/2020 | $17,010.00 |
| Europa Sports Products, Inc. | 402419 000 OP | INV-81890 | 10/12/2020 | 11/11/2020 | $1,701.00 |
| Europa Sports Products, Inc. | 402419 000 OP | INV-81891 | 10/12/2020 | 11/11/2020 | $1,638.00 |
| Europa Sports Products, Inc. | 401580 000 OP | INV-81957 | 10/12/2020 | 11/11/2020 | $604.80 |
| Europa Sports Products, Inc. | 402774 000 OP | INV-81997 | 10/12/2020 | 11/11/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402776 000 OP | INV-82126 | 10/13/2020 | 11/12/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 402770 000 OP | INV-82127 | 10/13/2020 | 11/12/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402771 000 OP | INV-82128 | 10/13/2020 | 11/12/2020 | $1,701.00 |
| Europa Sports Products, Inc. | 402777 000 OP | INV-82129 | 10/13/2020 | 11/12/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402774 000 OP | INV-82130 | 10/13/2020 | 11/12/2020 | $11,907.00 |
| Europa Sports Products, Inc. | 402775 000 OP | INV-82131 | 10/13/2020 | 11/12/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402777 000 OP | INV-82132 | 10/14/2020 | 11/13/2020 | $10,206.00 |
| Europa Sports Products, Inc. | 402777 000 OP | INV-82174 | 10/14/2020 | 11/13/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402776 000 OP | INV-82175 | 10/14/2020 | 11/13/2020 | $15,309.00 |
| Europa Sports Products, Inc. | 402770 000 OP | INV-82176 | 10/14/2020 | 11/13/2020 | $15,309.00 |
| Europa Sports Products, Inc. | 402772 000 OP | INV-82244 | 10/14/2020 | 11/13/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402773 000 OP | INV-82245 | 10/14/2020 | 11/13/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402776 000 OP | INV-82246 | 10/15/2020 | 11/14/2020 | $8,505.00 |
| Europa Sports Products, Inc. | 402864 000 OP | INV-82247 | 10/15/2020 | 11/14/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 402853 000 OP | INV-82248 | 10/15/2020 | 11/14/2020 | $11,907.00 |
| Europa Sports Products, Inc. | 402420 000 OP | INV-82371 | 10/16/2020 | 11/15/2020 | $17,010.00 |
| Europa Sports Products, Inc. | 402241 000 OP | INV-82372 | 10/16/2020 | 11/15/2020 | $17,010.00 |
| Europa Sports Products, Inc. | 399076 000 OP | INV-82373 | 10/16/2020 | 11/15/2020 | $10,010.00 |
| Europa Sports Products, Inc. | 402772 000 OP | INV-82463 | 10/16/2020 | 11/15/2020 | $15,309.00 |
| Europa Sports Products, Inc. | 402454 000 OP | INV-82631 | 10/20/2020 | 11/19/2020 | $15,309.00 |
| Europa Sports Products, Inc. | 401582 000 OP | INV-82694 | 10/20/2020 | 11/19/2020 | $13,608.00 |
| Europa Sports Products, Inc. | 402915 000 OP | INV-82731 | 10/20/2020 | 11/19/2020 | $27,216.00 |
| Europa Sports Products, Inc. | 402915 000 OP | INV-82732 | 10/20/2020 | 11/19/2020 | $5,103.00 |

| Europa Sports Products, Inc. | 402863 000 OP | INV-82733 | 10/20/2020 | 11/19/2020 | $12,413.52 |
| Europa Sports Products, Inc. | 402419 000 OP | INV-82734 | 10/21/2020 | 11/20/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 402912 000 OP | INV-82735 | 10/21/2020 | 11/20/2020 | $32,319.00 |
| Europa Sports Products, Inc. | 402912 000 OP | INV-82835 | 10/21/2020 | 11/20/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 402914 000 OP | INV-82836 | 10/21/2020 | 11/20/2020 | $25,515.00 |
| Europa Sports Products, Inc. | 402916 000 OP | INV-82889 | 10/21/2020 | 11/20/2020 | $1,701.00 |
| Europa Sports Products, Inc. | 402916 000 OP | INV-82891 | 10/22/2020 | 11/21/2020 | $28,917.00 |
| Europa Sports Products, Inc. | 402913 000 OP | INV-82982 | 10/22/2020 | 11/21/2020 | $22,113.00 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-83023 | 10/23/2020 | 11/22/2020 | $7,235.20 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-83191 | 10/26/2020 | 11/25/2020 | $7,105.60 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-83197 | 10/26/2020 | 11/25/2020 | $25,515.00 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-83230 | 10/27/2020 | 11/26/2020 | $25,515.00 |
| Europa Sports Products, Inc. | 403220 000 OP | INV-83348 | 10/28/2020 | 11/27/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-83500 | 10/28/2020 | 11/27/2020 | $2,002.00 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-83501 | 10/28/2020 | 11/27/2020 | $2,002.00 |
| Europa Sports Products, Inc. | 402853 000 OP | INV-83688 | 10/30/2020 | 11/29/2020 | $18,711.00 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-83834 | 11/2/2020 | 12/2/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 403222 000 OP | INV-83939 | 11/3/2020 | 12/3/2020 | $5,103.00 |
| Europa Sports Products, Inc. | 403221 000 OP | INV-83940 | 11/3/2020 | 12/3/2020 | $37,422.00 |
| Europa Sports Products, Inc. | 402853 000 OP | INV-84042 | 11/3/2020 | 12/3/2020 | $1,701.00 |
| Europa Sports Products, Inc. | 403223 000 OP | INV-84045 | 11/3/2020 | 12/3/2020 | $6,804.00 |
| Europa Sports Products, Inc. | 403220 000 OP | INV-84046 | 11/3/2020 | 12/3/2020 | $13,608.00 |
| Europa Sports Products, Inc. | 402243 000 OP | INV-84168 | 11/3/2020 | 12/3/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 401990 000 OP | INV-84201 | 11/4/2020 | 12/4/2020 | $3,141.60 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-84206 | 11/4/2020 | 12/4/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-84211 | 11/4/2020 | 12/4/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-84213 | 11/4/2020 | 12/4/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 401990 000 OP | INV-84225 | 11/4/2020 | 12/4/2020 | $4,681.60 |
| Europa Sports Products, Inc. | 400805 000 OP | INV-84479 | 11/5/2020 | 12/5/2020 | $3,169.20 |
| Europa Sports Products, Inc. | 402864 000 OP | INV-84480 | 11/5/2020 | 12/5/2020 | $5,420.80 |
| Europa Sports Products, Inc. | 402420 000 OP | INV-84706 | 11/10/2020 | 12/10/2020 | $3,402.00 |
| Europa Sports Products, Inc. | 402853 000 OP | INV-84933 | 11/12/2020 | 12/12/2020 | $1,701.00 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-85008 | 11/12/2020 | 12/12/2020 | $907.20 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-85352 | 11/17/2020 | 12/17/2020 | $907.20 |
| Europa Sports Products, Inc. | 401990 000 OP | INV-86724 | 12/3/2020 | 1/2/2021 | $2,950.08 |
| Europa Sports Products, Inc. | 403011 000 OP | INV-87753 | 12/15/2020 | 1/14/2021 | $3,603.60 |
| Europa Sports Products, Inc. | 403010 000 OP | INV-87754 | 12/15/2020 | 1/14/2021 | $3,603.60 |
| Europa Sports Products, Inc. | 405044 000 OP | INV-89977 | 1/22/2021 | 2/21/2021 | $1,701.00 |
| Europa Sports Products, Inc. | 405047 000 OP | INV-89978 | 1/25/2021 | 2/24/2021 | $20,412.00 |
| Europa Sports Products, Inc. | 405048 000 OP | INV-89979 | 1/25/2021 | 2/24/2021 | $8,930.25 |
| Europa Sports Products, Inc. | 405042 000 OP | INV-90077 | 1/25/2021 | 2/24/2021 | $20,412.00 |
| Europa Sports Products, Inc. | 405046 000 OP | INV-90161 | 1/26/2021 | 2/25/2021 | $7,654.50 |
| Europa Sports Products, Inc. | 405045 000 OP | INV-90283 | 1/27/2021 | 2/26/2021 | $16,584.75 |
| Europa Sports Products, Inc. | 405353 000 OP | INV-90284 | 1/27/2021 | 2/26/2021 | $6,378.75 |
| Europa Sports Products, Inc. | 405352 000 OP | INV-90285 | 1/27/2021 | 2/26/2021 | $1,275.75 |
| Europa Sports Products, Inc. | 405350 000 OP | INV-90286 | 1/28/2021 | 2/27/2021 | $17,860.50 |
| Europa Sports Products, Inc. | 405351 000 OP | INV-90430 | 1/28/2021 | 2/27/2021 | $5,103.00 |
| Europa Sports Products, Inc. | 405355 000 OP | INV-90557 | 1/29/2021 | 2/28/2021 | $11,481.75 |
| Europa Sports Products, Inc. | 405043 000 OP | INV-90769 | 2/1/2021 | 3/3/2021 | $20,412.00 |
| Europa Sports Products, Inc. | 405353 000 OP | INV-90830 | 2/1/2021 | 3/3/2021 | $15,309.00 |
| Europa Sports Products, Inc. | 405388 000 OP | INV-90837 | 2/2/2021 | 3/4/2021 | $633.60 |
| Europa Sports Products, Inc. | 405352 000 OP | INV-90987 | 2/4/2021 | 3/6/2021 | $3,827.25 |
| Europa Sports Products, Inc. | 405351 000 OP | INV-90988 | 2/4/2021 | 3/6/2021 | $25,515.00 |
| Europa Sports Products, Inc. | 405354 000 OP | INV-90989 | 2/4/2021 | 3/6/2021 | $28,066.50 |
| Europa Sports Products, Inc. | 405350 000 OP | INV-91106 | 2/5/2021 | 3/7/2021 | $14,033.25 |
| Europa Sports Products, Inc. | 405048 000 OP | INV-91649 | 2/11/2021 | 3/13/2021 | $1,275.75 |

| | | | | | |
|---|---|---|---|---|---|
| Europa Sports Products, Inc. | 405046 000 OP | INV-91674 | 2/11/2021 | 3/13/2021 | $2,551.50 |
| Europa Sports Products, Inc. | 405353 000 OP | INV-91870 | 2/15/2021 | 3/17/2021 | $1,275.75 |
| Europa Sports Products, Inc. | 405350 000 OP | INV-92457 | 2/24/2021 | 3/26/2021 | $3,827.25 |
| Europa Sports Products, Inc. | 405355 000 OP | INV-92701 | 3/1/2021 | 3/31/2021 | $1,275.75 |
| | | | | | **$1,284,590.48** |

# EXHIBIT 2



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
650 South Griffin Street
Dallas TX  75202

| | |
|---|---|
| **Date:** | Jul 2, 2020 |
| **Invoice Number:** | INV-71594 |
| **Sales Order Number:** | 69518 |
| **Reference Delivery Number:** | J202-132056-3985 63 000 OP-0030730 |
| **Your Reference:** | 398563 000 OP |
| **Fulfillment Date:** | Jul 2, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
11401-H Granite Street
Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 398563 000 OP | 1000550 | Teresa Hare | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 378 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 378 Case | 745 | Bang Pina Colada 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 378 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 378 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 30,618.00 USD |
| **Total** | **30,618.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/4

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 16, 2020 |
| **Invoice Number:** | INV-78735 |
| **Sales Order Number:** | 77381 |
| **Reference Delivery Number:** | AL1-77381-14641 5 |
| **Your Reference:** | 401620 000 OP |
| **Fulfillment Date:** | Sep 16, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
3200 NW 27th Ave Suite 101
Pompano Beach FL  33069

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/4

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401620 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 252 Case | 245 | Noo-Fuzion Radical Skadattle 16oz 12pk | 15.60 USD / 1 Case | 3,931.20 USD |
| | List Price | | | 15.60 USD / 1 Case | 3,931.20 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 110 | 252 Case | 244 | Noo-Fuzion Purple Kiddles 16oz 12pk | 15.60 USD / 1 Case | 3,931.20 USD |
| | List Price | | | 15.60 USD / 1 Case | 3,931.20 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 120 | 126 Case | 243 | Noo-Fuzion Mango Bango 16oz 12pk | 15.60 USD / 1 Case | 1,965.60 USD |
| | List Price | | | 15.60 USD / 1 Case | 1,965.60 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 130 | 252 Case | 242 | Noo-Fuzion Candy Apple Crisp 16oz 12pk | 15.60 USD / 1 Case | 3,931.20 USD |
| | List Price | | | 15.60 USD / 1 Case | 3,931.20 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     4/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 140 | 126 Case | 241 | Noo-Fuzion Rainbow Unicorn 16oz 12pk | 15.60 USD / 1 Case | 1,965.60 USD |
| | List Price | | | 15.60 USD / 1 Case | 1,965.60 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 150 | 252 Case | 240 | Noo-Fuzion Frose Rose 16oz 12pk | 15.60 USD / 1 Case | 3,931.20 USD |
| | List Price | | | 15.60 USD / 1 Case | 3,931.20 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 160 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 43,470.00 USD |
| **Total** | **43,470.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 24, 2020 |
| **Invoice Number:** | INV-79745 |
| **Sales Order Number:** | 77360 |
| **Reference Delivery Number:** | J202-150472-4016 18 000 OP-0037040 |
| **Your Reference:** | 401618 000 OP |
| **Fulfillment Date:** | Sep 24, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401618 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 245 | Noo-Fuzion Radical Skadattle 16oz 12pk | 15.60 USD / 1 Case | 5,896.80 USD |
| | List Price | | | 15.60 USD / 1 Case | 5,896.80 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 378 Case | 244 | Noo-Fuzion Purple Kiddles 16oz 12pk | 15.60 USD / 1 Case | 5,896.80 USD |
| | List Price | | | 15.60 USD / 1 Case | 5,896.80 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 378 Case | 243 | Noo-Fuzion Mango Bango 16oz 12pk | 15.60 USD / 1 Case | 5,896.80 USD |
| | List Price | | | 15.60 USD / 1 Case | 5,896.80 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 378 Case | 241 | Noo-Fuzion Rainbow Unicorn 16oz 12pk | 15.60 USD / 1 Case | 5,896.80 USD |
| | List Price | | | 15.60 USD / 1 Case | 5,896.80 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 378 Case | 240 | Noo-Fuzion Frose Rose 16oz 12pk | 15.60 USD / 1 Case | 5,896.80 USD |
| | List Price | | | 15.60 USD / 1 Case | 5,896.80 USD |

Total Item Net Value                                     32,886.00 USD
**Total**                                                **32,886.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 24, 2020 |
| **Invoice Number:** | INV-79746 |
| **Sales Order Number:** | 77360 |
| **Reference Delivery Number:** | J202-150472-4016 18 000 OP-0037046 |
| **Your Reference:** | 401618 000 OP |
| **Fulfillment Date:** | Sep 24, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be
accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns
will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting
https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401618 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 504 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 504 Case | 242 | Noo-Fuzion Candy Apple Crisp 16oz 12pk | 15.60 USD / 1 Case | 7,862.40 USD |
| | List Price | | | 15.60 USD / 1 Case | 7,862.40 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 378 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 24,872.40 USD |
| **Total** | | **24,872.40 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 24, 2020 |
| **Invoice Number:** | INV-79751 |
| **Sales Order Number:** | 79377 |
| **Reference Delivery Number:** | J201-149882-4019 90 000 OP-0037000 |
| **Your Reference:** | 401990 000 OP |
| **Fulfillment Date:** | Sep 24, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401990 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 102 Case | 829 | Bang Purple Haze Shot 2/12pk | 30.80 USD / 1 Case | 3,141.60 USD |
| | List Price | | | 30.80 USD / 1 Case | 3,141.60 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 96 Case | 686 | Redline Xtreme Sour Heads 3oz 4/6pk | 30.73 USD / 1 Case | 2,950.08 USD |
| | List Price | | | 30.73 USD / 1 Case | 2,950.08 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 100 Case | 428 | Redline Xtreme Tripleberry 3oz 4/6pk | 30.73 USD / 1 Case | 3,073.00 USD |
| | List Price | | | 30.73 USD / 1 Case | 3,073.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 120 Case | 647 | Redline Max300 Exotic Fruit 2.5oz 2/12pk | 30.73 USD / 1 Case | 3,687.60 USD |
| | List Price | | | 30.73 USD / 1 Case | 3,687.60 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 50 | 120 Case | 648 | Redline Max300 Grape 7-Hour 2.5oz 2/12pk | 30.73 USD / 1 Case | 3,687.60 USD |
| | List Price | | | 30.73 USD / 1 Case | 3,687.60 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 60 | 24 Case | 651 | Redline Max300 Sour Heads 2.5oz 2/12pk | 30.73 USD / 1 Case | 737.52 USD |
| | List Price | | | 30.73 USD / 1 Case | 737.52 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 70 | 120 Case | 650 | Redline Max300 Star Blast 2.5oz 2/12pk | 30.73 USD / 1 Case | 3,687.60 USD |
| | List Price | | | 30.73 USD / 1 Case | 3,687.60 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 20,965.00 USD |
| **Total** | | **20,965.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 28, 2020 |
| **Invoice Number:** | INV-80090 |
| **Sales Order Number:** | 78867 |
| **Reference Delivery Number:** | J206-149952-4019 04 000 |
| | OP-0037434 |
| **Your Reference:** | 401904 000 OP |
| **Fulfillment Date:** | Sep 28, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401904 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 300 Case | 729 | Redline Xtreme Blue Razz 8oz 24pk | 33.00 USD / 1 Case | 9,900.00 USD |
| | List Price | | 33.00 USD / 1 Case | | 9,900.00 USD |

| | | |
|---|---|---|
| | Total Item Net Value | 9,900.00 USD |
| | **Total** | **9,900.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 28, 2020 |
| **Invoice Number:** | INV-80091 |
| **Sales Order Number:** | 78867 |
| **Reference Delivery Number:** | J201-149951-4019 04 000 |
| | OP-0037433 |
| **Your Reference:** | 401904 000 OP |
| **Fulfillment Date:** | Sep 28, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Text Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401904 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 300 Case | 726 | Redline Xtreme Grape 8oz 24pk | 33.00 USD / 1 Case | 9,900.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 9,900.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 300 Case | 728 | Redline Xtreme Lime 8oz 24pk | 33.00 USD / 1 Case | 9,900.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 9,900.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 300 Case | 725 | Redline Xtreme Tripleberry 8oz 24pk | 33.00 USD / 1 Case | 9,900.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 9,900.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 300 Case | 727 | Redline Xtreme Watermelon 8oz 24pk | 33.00 USD / 1 Case | 9,900.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 9,900.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 12 Case | 756 | Shotgun 5X Sour Heads 20Serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 12 Case | 881 | Shotgun 5X Purple Haze 20 Serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 12 Case | 879 | Shotgun 5X Exotic Fruit 20 Serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 12 Case | 880 | Shotgun 5x Watermelon 20 serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 12 Case | 757 | Shotgun 5X Cotton Candy 20Serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 12 Case | 758 | Shotgun 5X Mango Bango 20Serving | 19.67 USD / 1 Unit | 1,416.24 USD |
| | List Price | | | 19.67 USD / 1 Unit | 1,416.24 USD |

|  |  |
|---|---|
| Total Item Net Value | 48,097.44 USD |
| **Total** | **48,097.44 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 30, 2020 |
| **Invoice Number:** | INV-80627 |
| **Sales Order Number:** | 80144 |
| **Reference Delivery Number:** | J202-151523-4022 40 000 OP-0037659 |
| **Your Reference:** | 402240 000 OP |
| **Fulfillment Date:** | Sep 30, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Text Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402240 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  | | |
|---|---|---|
| Total Item Net Value | | 6,804.00 USD |
| **Total** | | **6,804.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                            **Page:**        1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.               **Date:**                    Sep 30, 2020
P.O. Box 117200                            **Invoice Number:**           INV-80629
Atlanta GA  30368                          **Sales Order Number:**       80147
                                           **Reference Delivery Number:** J202-151528-4022
                                                                          44 000
                                                                          OP-0037659
                                           **Your Reference:**           402244 000 OP
                                           **Fulfillment Date:**         Sep 30, 2020

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402244 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value          3,402.00 USD

**Total**                     **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 30, 2020 |
| **Invoice Number:** | INV-80630 |
| **Sales Order Number:** | 80147 |
| **Reference Delivery Number:** | J202-151529-4022 44 000 |
| | OP-0037659 |
| **Your Reference:** | 402244 000 OP |
| **Fulfillment Date:** | Sep 30, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402244 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

Total Item Net Value                                           3,402.00 USD
**Total**                                                      **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 30, 2020 |
| **Invoice Number:** | INV-80665 |
| **Sales Order Number:** | 80146 |
| **Reference Delivery Number:** | J201-151518-4022 43 000 OP-0037618 |
| **Your Reference:** | 402243 000 OP |
| **Fulfillment Date:** | Sep 30, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Text Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@Europasports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402243 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 5,103.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 5,103.00 USD |
| **Total** | **5,103.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Sep 30, 2020 |
| **Invoice Number:** | INV-80666 |
| **Sales Order Number:** | 80148 |
| **Reference Delivery Number:** | J201-151519-4022 45 000 OP-0037618 |
| **Your Reference:** | 402245 000 OP |
| **Fulfillment Date:** | Sep 30, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
3200 NW 27th Ave Suite 101
Pompano Beach FL  33069

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402245 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 6,804.00 USD |
| **Total** | **6,804.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 1, 2020 |
| **Invoice Number:** | INV-80728 |
| **Sales Order Number:** | 80143 |
| **Reference Delivery Number:** | J202-151522-4022 39 000 OP-0037673 |
| **Your Reference:** | 402239 000 OP |
| **Fulfillment Date:** | Oct 1, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402239 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 72 Case | 729 | Redline Xtreme Blue Razz 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |
| **Line** | **Quantity** | **Product** | **Description** | **Net Price** | **Net Value** |
| 20 | 72 Case | 732 | Redline Xtreme Cotton Candy 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |
| **Line** | **Quantity** | **Product** | **Description** | **Net Price** | **Net Value** |
| 30 | 72 Case | 726 | Redline Xtreme Grape 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |
| **Line** | **Quantity** | **Product** | **Description** | **Net Price** | **Net Value** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 72 Case | 725 | Redline Xtreme Tripleberry 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 9,504.00 USD |
| **Total** | **9,504.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**        1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 1, 2020 |
| **Invoice Number:** | INV-80838 |
| **Sales Order Number:** | 80143 |
| **Reference Delivery Number:** | J201-151514-4022 39 000 OP-0037727 |
| **Your Reference:** | 402239 000 OP |
| **Fulfillment Date:** | Oct 1, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402239 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 72 Case | 730 | Redline Xtreme Sour Heads 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 72 Case | 731 | Redline Xtreme Star Blast 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 72 Case | 727 | Redline Xtreme Watermelon 8oz 24pk | 33.00 USD / 1 Case | 2,376.00 USD |
| | List Price | | | 33.00 USD / 1 Case | 2,376.00 USD |

Total Item Net Value                              7,128.00 USD

**Total**                                          **7,128.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No return s will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**          3/3

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 1, 2020 |
| **Invoice Number:** | INV-80843 |
| **Sales Order Number:** | 74155 |
| **Reference Delivery Number:** | J201-151679-4008 05 000 OP-0037727 |
| **Your Reference:** | 400805 000 OP |
| **Fulfillment Date:** | Oct 1, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 400805 000 OP | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 120 Case | 657 | BMB Power Punch 20Serving | 26.41 USD / 1 Unit | 19,015.20 USD |
| | List Price | | 26.41 USD / 1 Unit | | 19,015.20 USD |

Total Item Net Value          19,015.20 USD
**Total**          **19,015.20 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 5, 2020 |
| **Invoice Number:** | INV-81063 |
| **Sales Order Number:** | 80326 |
| **Reference Delivery Number:** | J202-151348-4020 78 000 OP-0037941 |
| **Your Reference:** | 402078 000 OP |
| **Fulfillment Date:** | Oct 5, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402078 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 542 | Bang Power Punch 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 553 | Bang Champagne 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 745 | Bang Pina Colada 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 709 | Bang Citrus Twist 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 846 | Bang Bangster Berry 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 126 Case | 510 | Natural Bang Mango Bango 16oz 12pk | 16.32 USD / 1 Case | 2,056.32 USD |
| | List Price | | | 16.32 USD / 1 Case | 2,056.32 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 110 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value      29,272.32 USD

**Total**      **29,272.32 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 5, 2020 |
| **Invoice Number:** | INV-81064 |
| **Sales Order Number:** | 80326 |
| **Reference Delivery Number:** | J202-151349-4020<br>78 000<br>OP-0037941 |
| **Your Reference:** | 402078 000 OP |
| **Fulfillment Date:** | Oct 5, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
11401-H Granite Street
Charlotte NC  28273

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402078 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 8,505.00 USD |
| **Total** | **8,505.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 2, 2020 |
| **Invoice Number:** | INV-81196 |
| **Sales Order Number:** | 77358 |
| **Reference Delivery Number:** | AL1-77358-001 |
| **Your Reference:** | 401616 000 OP |
| **Fulfillment Date:** | Oct 2, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401616 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 504 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 504 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 504 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**            3/3

| | |
|---|---:|
| Total Item Net Value | 23,814.00 USD |
| **Total** | **23,814.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 6, 2020 |
| **Invoice Number:** | INV-81442 |
| **Sales Order Number:** | 80689 |
| **Reference Delivery Number:** | J207-SID0101430 |
| **Your Reference:** | 402454 000 OP |
| **Fulfillment Date:** | Oct 6, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402454 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

Total Item Net Value                15,309.00 USD
**Total**                           **15,309.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 6, 2020 |
| **Invoice Number:** | INV-81443 |
| **Sales Order Number:** | 80687 |
| **Reference Delivery Number:** | J207-152058-4024 20 000 OP-0038062-1 |
| **Your Reference:** | 402420 000 OP |
| **Fulfillment Date:** | Oct 6, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402420 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No return s will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
|      |          |         |             |           |           |

Total Item Net Value      11,907.00 USD

**Total**      **11,907.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 6, 2020 |
| **Invoice Number:** | INV-81465 |
| **Sales Order Number:** | 80154 |
| **Reference Delivery Number:** | AL1-80154-15151 5 |
| **Your Reference:** | 402242 000 OP |
| **Fulfillment Date:** | Oct 6, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402242 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 378 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 378 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 504 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 504 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

Total Item Net Value                                                   39,123.00 USD
**Total**                                                          **39,123.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81466 |
| **Sales Order Number:** | 80688 |
| **Reference Delivery Number:** | J202-152075-4024 53 000 OP-0038116 |
| **Your Reference:** | 402453 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
11401-H Granite Street
Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402453 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 5,103.00 USD |
| **Total** | **5,103.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81467 |
| **Sales Order Number:** | 80688 |
| **Reference Delivery Number:** | J202-152618-4024 53 000 |
| | OP-0038116 |
| **Your Reference:** | 402453 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com


All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402453 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| | | | | | |

|  | Total Item Net Value | 11,907.00 USD |
|--|----------------------|---------------|
|  | **Total** | **11,907.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81504 |
| **Sales Order Number:** | 80687 |
| **Reference Delivery Number:** | J207-152164-4024 20 000 |
| | OP-0038115 |
| **Your Reference:** | 402420 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402420 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| Line | Quantity | Product | Description | Net Price | Net Value |
| 50 | 378 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 17,010.00 USD |
| **Total** | | **17,010.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81611 |
| **Sales Order Number:** | 80326 |
| **Reference Delivery Number:** | WB1-151347-1 |
| **Your Reference:** | 402078 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402078 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

| | |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81612 |
| **Sales Order Number:** | 80144 |
| **Reference Delivery Number:** | WB1-151516-1 |
| **Your Reference:** | 402240 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402240 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

Total Item Net Value                    3,402.00 USD
**Total**                                        **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81613 |
| **Sales Order Number:** | 80146 |
| **Reference Delivery Number:** | WB1-151525-1 |
| **Your Reference:** | 402243 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
2121 Diehl Rd Suite 131
Aurora IL  60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402243 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 13,608.00 USD |
| **Total** | **13,608.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 7, 2020 |
| **Invoice Number:** | INV-81614 |
| **Sales Order Number:** | 80698 |
| **Reference Delivery Number:** | AL1-80698-15205 0 |
| **Your Reference:** | 402455 000 OP |
| **Fulfillment Date:** | Oct 7, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402455 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 17,010.00 USD |
| **Total** | | **17,010.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 12, 2020 |
| **Invoice Number:** | INV-81890 |
| **Sales Order Number:** | 80686 |
| **Reference Delivery Number:** | J202-152916-4024 19 000 OP-0038496 |
| **Your Reference:** | 402419 000 OP |
| **Fulfillment Date:** | Oct 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402419 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 1,701.00 USD |
| **Total** | **1,701.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 12, 2020 |
| **Invoice Number:** | INV-81891 |
| **Sales Order Number:** | 80686 |
| **Reference Delivery Number:** | J202-153206-4024 19 000 OP-0038506 |
| **Your Reference:** | 402419 000 OP |
| **Fulfillment Date:** | Oct 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402419 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.00 USD / 1 Case | 1,638.00 USD |
| | List Price | | 13.00 USD / 1 Case | | 1,638.00 USD |

Total Item Net Value          1,638.00 USD
**Total**          **1,638.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 12, 2020 |
| **Invoice Number:** | INV-81957 |
| **Sales Order Number:** | 77342 |
| **Reference Delivery Number:** | J201-153407-4015 80 000 OP-0038485 |
| **Your Reference:** | 401580 000 OP |
| **Fulfillment Date:** | Oct 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                         NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401580 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 28 Case | 656 | BMB Star Blast 20Serving | 21.60 USD / 1 Case | 604.80 USD |
| | List Price | | 21.60 USD / 1 Case | | 604.80 USD |

Total Item Net Value                                        604.80 USD
**Total**                                                        **604.80 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 12, 2020 |
| **Invoice Number:** | INV-81997 |
| **Sales Order Number:** | 81237 |
| **Reference Delivery Number:** | WB1-153654-1 |
| **Your Reference:** | 402774 000 OP |
| **Fulfillment Date:** | Oct 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402774 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82126 |
| **Sales Order Number:** | 81239 |
| **Reference Delivery Number:** | AL1-81239-15365 3 |
| **Your Reference:** | 402776 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
755 RAINBOW ROAD SUITE A
WINDSOR CT  06095

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402776 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  | Total Item Net Value | 6,804.00 USD |
|---|---|---|
|  | **Total** | **6,804.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82127 |
| **Sales Order Number:** | 81242 |
| **Reference Delivery Number:** | AL1-81242-153660 |
| **Your Reference:** | 402770 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402770 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

Total Item Net Value      3,402.00 USD

**Total**      **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82128 |
| **Sales Order Number:** | 81177 |
| **Reference Delivery Number:** | AL1-81177-15365 9 |
| **Your Reference:** | 402771 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402771 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 1,701.00 USD |
| **Total** | **1,701.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82129 |
| **Sales Order Number:** | 81244 |
| **Reference Delivery Number:** | AL1-81244-153650 |
| **Your Reference:** | 402777 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402777 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

Total Item Net Value      3,402.00 USD

**Total**      **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions by visiting https://bang-energy.com/legal/

Test Copy



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82130 |
| **Sales Order Number:** | 81237 |
| **Reference Delivery Number:** | AL1-81237-15365 2 |
| **Your Reference:** | 402774 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402774 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
|      |          |         |             |           |           |

Total Item Net Value                                    11,907.00 USD
**Total**                                               **11,907.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA 30368

| | |
|---|---|
| **Date:** | Oct 13, 2020 |
| **Invoice Number:** | INV-82131 |
| **Sales Order Number:** | 81238 |
| **Reference Delivery Number:** | AL1-81238-15365 1 |
| **Your Reference:** | 402775 000 OP |
| **Fulfillment Date:** | Oct 13, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL 60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours: 6AM – 11AM Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402775 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

Total Item Net Value     3,402.00 USD

**Total**     **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 14, 2020 |
| **Invoice Number:** | INV-82132 |
| **Sales Order Number:** | 81244 |
| **Reference Delivery Number:** | J201-153648-4027 77 000 OP-0038622 |
| **Your Reference:** | 402777 000 OP |
| **Fulfillment Date:** | Oct 14, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402777 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 13,608.00 USD |
| **Total** | **13,608.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**  1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 14, 2020 |
| **Invoice Number:** | INV-82174 |
| **Sales Order Number:** | 81244 |
| **Reference Delivery Number:** | J202-153655-4027 77 000 OP-0038626 |
| **Your Reference:** | 402777 000 OP |
| **Fulfillment Date:** | Oct 14, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402777 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 14, 2020 |
| **Invoice Number:** | INV-82175 |
| **Sales Order Number:** | 81239 |
| **Reference Delivery Number:** | J202-153657-4027 |
| | 76 000 |
| | OP-0038626 |
| **Your Reference:** | 402776 000 OP |
| **Fulfillment Date:** | Oct 14, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402776 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 15,309.00 USD |
| **Total** | **15,309.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**      1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.                    **Date:**                   Oct 14, 2020
P.O. Box 117200                                 **Invoice Number:**         INV-82176
Atlanta GA  30368                               **Sales Order Number:**     81242
                                                **Reference Delivery Number:**   J202-153673-4027
                                                                            70 000
                                                                            OP-0038626
                                                **Your Reference:**         402770 000 OP
                                                **Fulfillment Date:**       Oct 14, 2020

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402770 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value               15,309.00 USD
**Total**                          **15,309.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 14, 2020 |
| **Invoice Number:** | INV-82244 |
| **Sales Order Number:** | 81243 |
| **Reference Delivery Number:** | AL1-81243-15367 1 |
| **Your Reference:** | 402772 000 OP |
| **Fulfillment Date:** | Oct 14, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402772 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 14, 2020 |
| **Invoice Number:** | INV-82245 |
| **Sales Order Number:** | 81178 |
| **Reference Delivery Number:** | AL1-81178-15367 2 |
| **Your Reference:** | 402773 000 OP |
| **Fulfillment Date:** | Oct 14, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402773 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

Total Item Net Value        3,402.00 USD

**Total**                **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                              **Page:**      1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 15, 2020 |
| **Invoice Number:** | INV-82246 |
| **Sales Order Number:** | 81238 |
| **Reference Delivery Number:** | J202-153656-4027 75 000 OP-0038691 |
| **Your Reference:** | 402775 000 OP |
| **Fulfillment Date:** | Oct 15, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                          NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402775 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**          3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 8,505.00 USD |
| **Total** | **8,505.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 15, 2020 |
| **Invoice Number:** | INV-82247 |
| **Sales Order Number:** | 81407 |
| **Reference Delivery Number:** | J201-154221-4028 |
| | 64 000 |
| | OP-0038693 |
| **Your Reference:** | 402864 000 OP |
| **Fulfillment Date:** | Oct 15, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402864 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 828 | Bang Bangster Berry Shot 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

Total Item Net Value             5,420.80 USD
**Total**                        **5,420.80 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**        1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 15, 2020 |
| **Invoice Number:** | INV-82248 |
| **Sales Order Number:** | 81417 |
| **Reference Delivery Number:** | J202-154197-4028 53 000 |
| | OP-0038689 |
| **Your Reference:** | 402853 000 OP |
| **Fulfillment Date:** | Oct 15, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402853 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 542 | Bang Power Punch 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 553 | Bang Champagne 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 745 | Bang Pina Colada 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 882 | Bang Birthday Cake Bash 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  | Total Item Net Value | 11,907.00 USD |
|--|----------------------|---------------|
|  | **Total** | **11,907.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 16, 2020 |
| **Invoice Number:** | INV-82371 |
| **Sales Order Number:** | 80687 |
| **Reference Delivery Number:** | J207-152557-4024 20 000 OP-0038579 |
| **Your Reference:** | 402420 000 OP |
| **Fulfillment Date:** | Oct 16, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402420 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| Line | Quantity | Product | Description | Net Price | Net Value |
| 50 | 378 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 17,010.00 USD |
| **Total** | **17,010.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 16, 2020 |
| **Invoice Number:** | INV-82372 |
| **Sales Order Number:** | 80145 |
| **Reference Delivery Number:** | J207-151542-4022 41 000 OP-0038577 |
| **Your Reference:** | 402241 000 OP |
| **Fulfillment Date:** | Oct 16, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402241 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 378 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                                          **Page:**      3/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Total Item Net Value                                                        17,010.00 USD
**Total**                                                                   **17,010.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
650 South Griffin Street
Dallas TX  75202

| | |
|---|---|
| **Date:** | Oct 16, 2020 |
| **Invoice Number:** | INV-82373 |
| **Sales Order Number:** | 76227 |
| **Reference Delivery Number:** | J202-154523-3990 76 000 OP-0038745 |
| **Your Reference:** | 399076 000 OP |
| **Fulfillment Date:** | Oct 16, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

10 MONTHS OR GREATER:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 399076 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 350 Case | 675 | Bang Sour Heads 16oz 6/4pk | 28.60 USD / 1 Case | 10,010.00 USD |
| | List Price | | | 28.60 USD / 1 Case | 10,010.00 USD |

| | |
|---|---|
| Total Item Net Value | 10,010.00 USD |
| **Total** | **10,010.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**          1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 16, 2020 |
| **Invoice Number:** | INV-82463 |
| **Sales Order Number:** | 81243 |
| **Reference Delivery Number:** | J207-153600-4027 72 000 OP-0038754 |
| **Your Reference:** | 402772 000 OP |
| **Fulfillment Date:** | Oct 16, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

1851 BIG TOWN BLVD Suite 500

MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402772 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  | |
|---|---|
| Total Item Net Value | 15,309.00 USD |
| **Total** | **15,309.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                        **Page:**        1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.                  **Date:**                      Oct 20, 2020
P.O. Box 117200                               **Invoice Number:**            INV-82631
Atlanta GA  30368                             **Sales Order Number:**        80689
                                              **Reference Delivery Number:** J207-152559-4024
                                                                             54 000
                                                                             OP-0038772
                                              **Your Reference:**            402454 000 OP
                                              **Fulfillment Date:**          Oct 20, 2020

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402454 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

Total Item Net Value                                   15,309.00 USD
**Total**                                              **15,309.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 20, 2020 |
| **Invoice Number:** | INV-82694 |
| **Sales Order Number:** | 77343 |
| **Reference Delivery Number:** | J201-154105-4015 |
| | 82 000 |
| | OP-0038956 |
| **Your Reference:** | 401582 000 OP |
| **Fulfillment Date:** | Oct 20, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401582 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 105 Case | 656 | BMB Star Blast 20Serving | 21.60 USD / 1 Each | 13,608.00 USD |
| | List Price | | | 21.60 USD / 1 Each | 13,608.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 13,608.00 USD |
| **Total** | **13,608.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 20, 2020 |
| **Invoice Number:** | INV-82731 |
| **Sales Order Number:** | 81465 |
| **Reference Delivery Number:** | WB1-154733-1 |
| **Your Reference:** | 402915 000 OP |
| **Fulfillment Date:** | Oct 20, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402915 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 60 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 80 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 27,216.00 USD |
| **Total** | **27,216.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA 30368

| | |
|---|---|
| **Date:** | Oct 20, 2020 |
| **Invoice Number:** | INV-82732 |
| **Sales Order Number:** | 81465 |
| **Reference Delivery Number:** | AL1-81465-154730 |
| **Your Reference:** | 402915 000 OP |
| **Fulfillment Date:** | Oct 20, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL 60502


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours: 6AM – 11AM Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402915 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | |
|---|---|
| Total Item Net Value | 5,103.00 USD |
| **Total** | **5,103.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 20, 2020 |
| **Invoice Number:** | INV-82733 |
| **Sales Order Number:** | 81424 |
| **Reference Delivery Number:** | AL1-81424-15421 4 |
| **Your Reference:** | 402863 000 OP |
| **Fulfillment Date:** | Oct 20, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402863 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 126 Case | 822 | Bang Coffee Cookies & Cream 15oz 12pk | 22.26 USD / 1 Case | 2,804.76 USD |
| | List Price | | | 22.26 USD / 1 Case | 2,804.76 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 824 | Bang Coffee Mocha 15oz 12pk | 22.26 USD / 1 Case | 2,804.76 USD |
| | List Price | | | 22.26 USD / 1 Case | 2,804.76 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 882 | Bang Birthday Cake Bash 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 12,413.52 USD |
| **Total** | **12,413.52 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 21, 2020 |
| **Invoice Number:** | INV-82734 |
| **Sales Order Number:** | 80686 |
| **Reference Delivery Number:** | J202-152915-4024 19 000 OP-0039040 |
| **Your Reference:** | 402419 000 OP |
| **Fulfillment Date:** | Oct 21, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402419 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 846 | Bang Bangster Berry 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
|      |          |         |             |           |           |

Total Item Net Value                                6,804.00 USD
**Total**                                           **6,804.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**      1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 21, 2020 |
| **Invoice Number:** | INV-82735 |
| **Sales Order Number:** | 81464 |
| **Reference Delivery Number:** | J202-154698-4029 |
| | 12 000 |
| | OP-0039042 |
| **Your Reference:** | 402912 000 OP |
| **Fulfillment Date:** | Oct 21, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402912 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 630 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 8,505.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 8,505.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 32,319.00 USD |
| **Total** | **32,319.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                                          **Page:**        1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200                            **Date:**                      Oct 21, 2020
Atlanta GA  30368                          **Invoice Number:**            INV-82835
                                           **Sales Order Number:**        81464
                                           **Reference Delivery Number:** AL1-81464-15504
                                                                          2
                                           **Your Reference:**            402912 000 OP
                                           **Fulfillment Date:**          Oct 21, 2020

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402912 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 6,804.00 USD |
| **Total** | **6,804.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 21, 2020 |
| **Invoice Number:** | INV-82836 |
| **Sales Order Number:** | 81483 |
| **Reference Delivery Number:** | AL1-81483-15473 2 |
| **Your Reference:** | 402914 000 OP |
| **Fulfillment Date:** | Oct 21, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402914 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 25,515.00 USD |
| **Total** | **25,515.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 21, 2020 |
| **Invoice Number:** | INV-82889 |
| **Sales Order Number:** | 81466 |
| **Reference Delivery Number:** | AL1-81466 |
| **Your Reference:** | 402916 000 OP |
| **Fulfillment Date:** | Oct 21, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402916 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 1,701.00 USD |
| **Total** | **1,701.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 22, 2020 |
| **Invoice Number:** | INV-82891 |
| **Sales Order Number:** | 81466 |
| **Reference Delivery Number:** | J202-154734-4029 16 000 OP-0039204 |
| **Your Reference:** | 402916 000 OP |
| **Fulfillment Date:** | Oct 22, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402916 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |
|--|--|
| Total Item Net Value | 28,917.00 USD |
| **Total** | **28,917.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 22, 2020 |
| **Invoice Number:** | INV-82982 |
| **Sales Order Number:** | 81482 |
| **Reference Delivery Number:** | AL1-81482 |
| **Your Reference:** | 402913 000 OP |
| **Fulfillment Date:** | Oct 22, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com


All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402913 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value                    22,113.00 USD

**Total**                               **22,113.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 23, 2020 |
| **Invoice Number:** | INV-83023 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J201-155625-4030 11 000 |
| | OP-0039268 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Oct 23, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                       NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 14 Case | 656 | BMB Star Blast 20Serving | 21.60 USD / 1 Unit | 1,814.40 USD |
| | List Price | | | 21.60 USD / 1 Unit | 1,814.40 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 176 Case | 829 | Bang Shot Purple Haze 3oz 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

|  | |
|---|---|
| Total Item Net Value | 7,235.20 USD |
| **Total** | **7,235.20 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 26, 2020 |
| **Invoice Number:** | INV-83191 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J201-155624-4030 10 000 OP-0039418 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Oct 26, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 13 Case | 656 | BMB Star Blast 20Serving | 21.60 USD / 1 Unit | 1,684.80 USD |
| | List Price | | | 21.60 USD / 1 Unit | 1,684.80 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 176 Case | 829 | Bang Shot Purple Haze 3oz 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

|  | |
|---|---|
| Total Item Net Value | 7,105.60 USD |
| **Total** | **7,105.60 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/4

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 26, 2020 |
| **Invoice Number:** | INV-83197 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J207-155622-4030 |
| | 11 000 |
| | OP-0039474 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Oct 26, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/4

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 542 | Bang Power Punch 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    3/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 126 Case | 745 | Bang Pina Colada 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 110 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 120 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 130 | 126 Case | 846 | Bang Bangster Berry 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 140 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     4/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 150 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  | Total Item Net Value | 25,515.00 USD |
|---|---|---|
|  | **Total** | **25,515.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/4

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 27, 2020 |
| **Invoice Number:** | INV-83230 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J207-155621-4030 10 000 |
| | OP-0039537 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Oct 27, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/4

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 542 | Bang Power Punch 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 3/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 126 Case | 745 | Bang Pina Colada 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 110 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 120 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 130 | 126 Case | 846 | Bang Bangster Berry 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 140 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 4/4

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 150 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 25,515.00 USD |
| **Total** | | **25,515.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 28, 2020 |
| **Invoice Number:** | INV-83348 |
| **Sales Order Number:** | 82641 |
| **Reference Delivery Number:** | J202-156855-4032 20 000 OP-0039637 |
| **Your Reference:** | 403220 000 OP |
| **Fulfillment Date:** | Oct 28, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com


All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403220 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk_New | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                                  **Page:**        1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 28, 2020 |
| **Invoice Number:** | INV-83500 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | WB1-156274-1 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Oct 28, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                          NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 70 Case | 676 | Bang Star Blast 16oz 6/4pk | 28.60 USD / 1 Case | 2,002.00 USD |
| | List Price | | 28.60 USD / 1 Case | | 2,002.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 2,002.00 USD |
| **Total** | **2,002.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 28, 2020 |
| **Invoice Number:** | INV-83501 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | WB1-156275-1 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Oct 28, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 70 Case | 676 | Bang Star Blast 16oz 6/4pk | 28.60 USD / 1 Case | 2,002.00 USD |
| | List Price | | 28.60 USD / 1 Case | | 2,002.00 USD |

|  | | |
|---|---|---|
| Total Item Net Value | | 2,002.00 USD |
| **Total** | | **2,002.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Oct 30, 2020 |
| **Invoice Number:** | INV-83688 |
| **Sales Order Number:** | 81417 |
| **Reference Delivery Number:** | J201-154205-4028 53 000 OP-0039870 |
| **Your Reference:** | 402853 000 OP |
| **Fulfillment Date:** | Oct 30, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402853 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 678 | Bang Cotton Candy 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 709 | Bang Citrus Twist 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| Line | Quantity | Product | Description | Net Price | Net Value |
| 50 | 378 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |
| Line | Quantity | Product | Description | Net Price | Net Value |
| 60 | 126 Case | 846 | Bang Bangster Berry 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |
| Line | Quantity | Product | Description | Net Price | Net Value |
| 70 | 126 Case | 847 | Bang Frose Rose 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 18,711.00 USD |
| **Total** | | **18,711.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 2, 2020 |
| **Invoice Number:** | INV-83834 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J201-156928-4030 11 000 |
| | OP-0039999 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Nov 2, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 842 | Bang Shot Rainbow Unicorn 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | 30.80 USD / 1 Case | | 5,420.80 USD |

Total Item Net Value        5,420.80 USD
**Total**                **5,420.80 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-83939 |
| **Sales Order Number:** | 82643 |
| **Reference Delivery Number:** | J206-156867-4032 22 000 OP-0040085 |
| **Your Reference:** | 403222 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                     NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403222 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  | Total Item Net Value | 5,103.00 USD |
|---|---|---|
|  | **Total** | **5,103.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-83940 |
| **Sales Order Number:** | 82642 |
| **Reference Delivery Number:** | J206-156862-4032 21 000 |
| | OP-0040087 |
| **Your Reference:** | 403221 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403221 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 504 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 504 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 6,804.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 6,804.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 708 | Bang Peach Mango 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 630 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 8,505.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 8,505.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 37,422.00 USD |
| **Total** | **37,422.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-84042 |
| **Sales Order Number:** | 81417 |
| **Reference Delivery Number:** | J207-154198-4028 |
| | 53 000 |
| | OP-0040139 |
| **Your Reference:** | 402853 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402853 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 1,701.00 USD |
| **Total** | **1,701.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-84045 |
| **Sales Order Number:** | 82632 |
| **Reference Delivery Number:** | J206-156866-4032 23 000 |
| | OP-0040137 |
| **Your Reference:** | 403223 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403223 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value             6,804.00 USD

**Total**                                              **6,804.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**       1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-84046 |
| **Sales Order Number:** | 82641 |
| **Reference Delivery Number:** | J206-156897-4032 20 000 OP-0040138 |
| **Your Reference:** | 403220 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com


All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403220 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 630 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 8,505.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 8,505.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  | Total Item Net Value | 13,608.00 USD |
|---|---|---|
| | **Total** | **13,608.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 3, 2020 |
| **Invoice Number:** | INV-84168 |
| **Sales Order Number:** | 80146 |
| **Reference Delivery Number:** | WB1-157289-1 |
| **Your Reference:** | 402243 000 OP |
| **Fulfillment Date:** | Nov 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX              NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402243 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

Total Item Net Value          3,402.00 USD
**Total**          **3,402.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 4, 2020 |
| **Invoice Number:** | INV-84201 |
| **Sales Order Number:** | 79377 |
| **Reference Delivery Number:** | J201-154164-4019 90 000 OP-0040161 |
| **Your Reference:** | 401990 000 OP |
| **Fulfillment Date:** | Nov 4, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401990 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 102 Case | 830 | Bang Peach Mango Shot 2/12pk | 30.80 USD / 1 Case | 3,141.60 USD |
| | List Price | | | 30.80 USD / 1 Case | 3,141.60 USD |

|  |  |
|---|---|
| Total Item Net Value | 3,141.60 USD |
| **Total** | **3,141.60 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**  1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 4, 2020 |
| **Invoice Number:** | INV-84206 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J201-156927-4030 10 000 OP-0040161 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Nov 4, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 842 | Bang Shot Rainbow Unicorn 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

Total Item Net Value          5,420.80 USD
**Total**          **5,420.80 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 4, 2020 |
| **Invoice Number:** | INV-84211 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J201-156978-4030 11 000 OP-0040161 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Nov 4, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 830 | Bang Shot Peach Mango 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

|  |  |
|---|---|
| Total Item Net Value | 5,420.80 USD |
| **Total** | **5,420.80 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 4, 2020 |
| **Invoice Number:** | INV-84213 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J201-156993-4030 10 000 OP-0040161 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Nov 4, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 830 | Bang Shot Peach Mango 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

|  |  |
|---|---|
| Total Item Net Value | 5,420.80 USD |
| **Total** | **5,420.80 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 4, 2020 |
| **Invoice Number:** | INV-84225 |
| **Sales Order Number:** | 79377 |
| **Reference Delivery Number:** | J201-157654-4019 90 000 OP-0040161 |
| **Your Reference:** | 401990 000 OP |
| **Fulfillment Date:** | Nov 4, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401990 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 152 Case | 842 | Bang Rainbow Unicorn Shot 2/12pk | 30.80 USD / 1 Case | 4,681.60 USD |
| | List Price | | | 30.80 USD / 1 Case | 4,681.60 USD |

| | |
|---|---|
| Total Item Net Value | 4,681.60 USD |
| **Total** | **4,681.60 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                                                **Page:**        1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 5, 2020 |
| **Invoice Number:** | INV-84479 |
| **Sales Order Number:** | 74155 |
| **Reference Delivery Number:** | J201-157940-4008 05 000 |
| | OP-0040262 |
| **Your Reference:** | 400805 000 OP |
| **Fulfillment Date:** | Nov 5, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 400805 000 OP | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 120 Case | 660 | Redline Microburst 100ct | 26.41 USD / 1 Case | 3,169.20 USD |
| | List Price | | | 26.41 USD / 1 Case | 3,169.20 USD |

| | | |
|---|---|---|
| | Total Item Net Value | 3,169.20 USD |
| | **Total** | **3,169.20 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 5, 2020 |
| **Invoice Number:** | INV-84480 |
| **Sales Order Number:** | 81407 |
| **Reference Delivery Number:** | J201-157941-4028 64 000 |
| | OP-0040262 |
| **Your Reference:** | 402864 000 OP |
| **Fulfillment Date:** | Nov 5, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402864 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 842 | Bang Rainbow Unicorn Shot 2/12pk | 30.80 USD / 1 Case | 5,420.80 USD |
| | List Price | | | 30.80 USD / 1 Case | 5,420.80 USD |

|  |  |
|---|---|
| Total Item Net Value | 5,420.80 USD |
| **Total** | **5,420.80 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 10, 2020 |
| **Invoice Number:** | INV-84706 |
| **Sales Order Number:** | 80687 |
| **Reference Delivery Number:** | J206-159264-4024 20 000 |
| | OP-0040595 |
| **Your Reference:** | 402420 000 OP |
| **Fulfillment Date:** | Nov 10, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402420 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 894 | Bang Miami Cola 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 3,402.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 3,402.00 USD |
| **Total** | **3,402.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 12, 2020 |
| **Invoice Number:** | INV-84933 |
| **Sales Order Number:** | 81417 |
| **Reference Delivery Number:** | J206-159266-4028 53 000 OP-0040815 |
| **Your Reference:** | 402853 000 OP |
| **Fulfillment Date:** | Nov 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 402853 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 894 | Bang Miami Cola 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

|  |  |
|---|---|
| Total Item Net Value | 1,701.00 USD |
| **Total** | **1,701.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 12, 2020 |
| **Invoice Number:** | INV-85008 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J201-158919-4030 11 000 OP-0040789 |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Nov 12, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                       NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 7 Case | 653 | BMB Sour Heads 20Serving | 21.60 USD / 1 Unit | 907.20 USD |
| | List Price | | 21.60 USD / 1 Unit | | 907.20 USD |

Total Item Net Value                                       907.20 USD

**Total**                                                **907.20 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Nov 17, 2020 |
| **Invoice Number:** | INV-85352 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J201-158931-4030 10 000 OP-0041137 |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Nov 17, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 7 Case | 653 | BMB Sour Heads 20Serving | 21.60 USD / 1 Unit | 907.20 USD |
| | List Price | | 21.60 USD / 1 Unit | | 907.20 USD |

| | | |
|---|---|---|
| | Total Item Net Value | 907.20 USD |
| | **Total** | **907.20 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Dec 3, 2020 |
| **Invoice Number:** | INV-86724 |
| **Sales Order Number:** | 79377 |
| **Reference Delivery Number:** | J201-163297-4019 90 000 OP-0042280 |
| **Your Reference:** | 401990 000 OP |
| **Fulfillment Date:** | Dec 3, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

1851 BIG TOWN BLVD Suite 500

MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 401990 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 96 Case | 687 | Redline Xtreme Cotton Candy 3oz 4/6pk | 30.73 USD / 1 Case | 2,950.08 USD |
| | List Price | | | 30.73 USD / 1 Case | 2,950.08 USD |

Total Item Net Value                        2,950.08 USD

**Total**                                          **2,950.08 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Dec 15, 2020 |
| **Invoice Number:** | INV-87753 |
| **Sales Order Number:** | 82029 |
| **Reference Delivery Number:** | J207-165017-0043 070-403011 000 OP |
| **Your Reference:** | 403011 000 OP |
| **Fulfillment Date:** | Dec 15, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403011 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 681 | Bang Cotton Candy 16oz 6/4pk | 28.60 USD / 1 Case | 3,603.60 USD |
| | List Price | | 28.60 USD / 1 Case | | 3,603.60 USD |

| | |
|---|---|
| Total Item Net Value | 3,603.60 USD |
| **Total** | **3,603.60 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Dec 15, 2020 |
| **Invoice Number:** | INV-87754 |
| **Sales Order Number:** | 82042 |
| **Reference Delivery Number:** | J207-165018-0043 072-403010 000 OP |
| **Your Reference:** | 403010 000 OP |
| **Fulfillment Date:** | Dec 15, 2020 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**          2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 403010 000 OP | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 681 | Bang Cotton Candy 16oz 6/4pk | 28.60 USD / 1 Case | 3,603.60 USD |
| | List Price | | 28.60 USD / 1 Case | | 3,603.60 USD |

Total Item Net Value                    3,603.60 USD
**Total**                              **3,603.60 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**          1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 22, 2021 |
| **Invoice Number:** | INV-89977 |
| **Sales Order Number:** | 88689 |
| **Reference Delivery Number:** | J207-169849-0045 |
| | 148-405044 |
| **Your Reference:** | 405044 |
| **Fulfillment Date:** | Jan 22, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405044 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

Total Item Net Value           1,701.00 USD
**Total**                                  **1,701.00 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 25, 2021 |
| **Invoice Number:** | INV-89978 |
| **Sales Order Number:** | 88732 |
| **Reference Delivery Number:** | J202-169877-0045 |
| | 186-405047 |
| **Your Reference:** | 405047 |
| **Fulfillment Date:** | Jan 25, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

755 RAINBOW ROAD SUITE A

WINDSOR CT  06095


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                 NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com


All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405047 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 60 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 70 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 80 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 27,216.00 USD |
| Overall Discount (%) | -25.00 % | -6,804.00 USD |
| **Total** | | **20,412.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 25, 2021 |
| **Invoice Number:** | INV-89979 |
| **Sales Order Number:** | 88733 |
| **Reference Delivery Number:** | J202-169879-0045 |
| | 100-405048 |
| **Your Reference:** | 405048 |
| **Fulfillment Date:** | Jan 25, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                  NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405048 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 11,907.00 USD |
| Overall Discount (%) | -25.00 % | -2,976.75 USD |
| **Total** | | **8,930.25 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 25, 2021 |
| **Invoice Number:** | INV-90077 |
| **Sales Order Number:** | 88725 |
| **Reference Delivery Number:** | J202-169876-0045 |
| | 227-405042 |
| **Your Reference:** | 405042 |
| **Fulfillment Date:** | Jan 25, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405042 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
|  | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
|  | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
|  | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
|  | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 27,216.00 USD |
| Overall Discount (%) | -25.00 % | -6,804.00 USD |
| **Total** | | **20,412.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                    **Page:**       1/3
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 26, 2021 |
| **Invoice Number:** | INV-90161 |
| **Sales Order Number:** | 88731 |
| **Reference Delivery Number:** | WB1-169875-1 |
| **Your Reference:** | 405046 |
| **Fulfillment Date:** | Jan 26, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                          NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                       NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405046 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
|  | List Price |  |  | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
|  | List Price |  |  | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 10,206.00 USD |
| Overall Discount (%) | -25.00 % | -2,551.50 USD |
| **Total** | | **7,654.50 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 27, 2021 |
| **Invoice Number:** | INV-90283 |
| **Sales Order Number:** | 88690 |
| **Reference Delivery Number:** | J206-169846-0045 |
| | 478-405045 |
| **Your Reference:** | 405045 |
| **Fulfillment Date:** | Jan 27, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600


HOUSTON, TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com


MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405045 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 22,113.00 USD |
| Overall Discount (%) | -25.00 % | -5,528.25 USD |
| **Total** | | **16,584.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 27, 2021 |
| **Invoice Number:** | INV-90284 |
| **Sales Order Number:** | 90174 |
| **Reference Delivery Number:** | J206-170203-0045 |
| | 474-405353 |
| **Your Reference:** | 405353 |
| **Fulfillment Date:** | Jan 27, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405353 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 8,505.00 USD |
| Overall Discount (%) | -25.00 % | -2,126.25 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    2/2

**Total**    **6,378.75 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 27, 2021 |
| **Invoice Number:** | INV-90285 |
| **Sales Order Number:** | 90173 |
| **Reference Delivery Number:** | J206-170253-0045 |
| | 525-405352 |
| **Your Reference:** | 405352 |
| **Fulfillment Date:** | Jan 27, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

1851 BIG TOWN BLVD Suite 500

MESQUITE TX  75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

MESQUIITE,TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405352 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 894 | Bang Miami Cola 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 1,701.00 USD |
| Overall Discount (%) | -25.00 % | -425.25 USD |
| **Total** | | **1,275.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 28, 2021 |
| **Invoice Number:** | INV-90286 |
| **Sales Order Number:** | 90136 |
| **Reference Delivery Number:** | J202-170185-0038 |
| | 117-405350 |
| **Your Reference:** | 405350 |
| **Fulfillment Date:** | Jan 28, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405350 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 378 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

Total Item Net Value                                    23,814.00 USD
Overall Discount (%)                  -25.00 %          -5,953.50 USD
**Total**                                              **17,860.50 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 28, 2021 |
| **Invoice Number:** | INV-90430 |
| **Sales Order Number:** | 90137 |
| **Reference Delivery Number:** | J202-170190-0045 |
| | 323-405351 |
| **Your Reference:** | 405351 |
| **Fulfillment Date:** | Jan 28, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

1851 BIG TOWN BLVD Suite 500

MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


MESQUIITE,TX                    NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405351 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | | |
|---|---|---|---|
| Total Item Net Value | | | 6,804.00 USD |
| Overall Discount (%) | | -25.00 % | -1,701.00 USD |
| **Total** | | | **5,103.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        2/2

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Jan 29, 2021 |
| **Invoice Number:** | INV-90557 |
| **Sales Order Number:** | 90177 |
| **Reference Delivery Number:** | J202-170199-0045 |
| | 554-405355 |
| **Your Reference:** | 405355 |
| **Fulfillment Date:** | Jan 29, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972


| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405355 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 15,309.00 USD |
| Overall Discount (%) | -25.00 % | -3,827.25 USD |
| **Total** | | **11,481.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:** 1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA 30368

| | |
|---|---|
| **Date:** | Feb 1, 2021 |
| **Invoice Number:** | INV-90769 |
| **Sales Order Number:** | 88688 |
| **Reference Delivery Number:** | J206-169871-0045 |
| | 975-405043 |
| **Your Reference:** | 405043 |
| **Fulfillment Date:** | Feb 1, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX 75149

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours: 6AM – 11AM Mon – Fri
(702) 978-5600

HOUSTON, TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX               NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405043 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        3/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 60 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 70 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 80 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 27,216.00 USD |
| Overall Discount (%) | -25.00 % | -6,804.00 USD |
| **Total** | | **20,412.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 1, 2021 |
| **Invoice Number:** | INV-90830 |
| **Sales Order Number:** | 90174 |
| **Reference Delivery Number:** | AL1-90174-17020 2 |
| **Your Reference:** | 405353 |
| **Fulfillment Date:** | Feb 1, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405353 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 40 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|---------|---------|-------------|-----------|-----------|
|  | | List Price | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|---------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
|  | | List Price | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|---------|---------|-------------|-----------|-----------|
| 60 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
|  | | List Price | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|---------|---------|-------------|-----------|-----------|
| 70 | 126 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
|  | | List Price | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 20,412.00 USD |
| Overall Discount (%) | -25.00 % | -5,103.00 USD |
| **Total** | | **15,309.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 2, 2021 |
| **Invoice Number:** | INV-90837 |
| **Sales Order Number:** | 90196 |
| **Reference Delivery Number:** | J202-170908-0045 |
| | 709-405388 |
| **Your Reference:** | 405388 |
| **Fulfillment Date:** | Feb 2, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


CHARLOTTE,NC Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405388 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 176 Case | 656 | BMB Star Blast 20Serving | 21.60 USD / 1 Case | 3,801.60 USD |
| | List Price | | | 21.60 USD / 1 Case | 3,801.60 USD |

| | |
|---|---|
| Total Item Net Value | 3,801.60 USD |
| **Total** | **3,801.60 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                                          **Page:**      1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 4, 2021 |
| **Invoice Number:** | INV-90987 |
| **Sales Order Number:** | 90173 |
| **Reference Delivery Number:** | J207-170268-0046 |
| | 286-405352 |
| **Your Reference:** | 405352 |
| **Fulfillment Date:** | Feb 4, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


MESQUIITE,TX                        NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364


| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405352 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 126 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**        2/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

| | | |
|---|---|---|
| Total Item Net Value | | 5,103.00 USD |
| Overall Discount (%) | -25.00 % | -1,275.75 USD |
| **Total** | | **3,827.25 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.                                          **Page:**        1/2
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 4, 2021 |
| **Invoice Number:** | INV-90988 |
| **Sales Order Number:** | 90137 |
| **Reference Delivery Number:** | J207-170158-0046 |
| | 285-405351 |
| **Your Reference:** | 405351 |
| **Fulfillment Date:** | Feb 4, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.
1851 BIG TOWN BLVD Suite 500
MESQUITE TX  75149


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


MESQUIITE,TX                      NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405351 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 252 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 34,020.00 USD |
| Overall Discount (%) | -25.00 % | -8,505.00 USD |
| **Total** | | **25,515.00 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/3

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 4, 2021 |
| **Invoice Number:** | INV-90989 |
| **Sales Order Number:** | 90179 |
| **Reference Delivery Number:** | J206-170208-0046 |
| | 329-405354 |
| **Your Reference:** | 405354 |
| **Fulfillment Date:** | Feb 4, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

AURORA,IL Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405354 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 252 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 556 | Bang Blue Razz 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/3

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 252 Case | 631 | Bang Sour Heads 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 60 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 70 | 252 Case | 763 | Bang Purple Haze 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 80 | 126 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 90 | 252 Case | 818 | Bang Rainbow Unicorn 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 100 | 252 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 110 | 126 Case | 516 | Bang Candy Apple Crisp 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 120 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 37,422.00 USD |
| Overall Discount (%) | -25.00 % | -9,355.50 USD |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   3/3

**Total**                                **28,066.50 USD**

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 5, 2021 |
| **Invoice Number:** | INV-91106 |
| **Sales Order Number:** | 90136 |
| **Reference Delivery Number:** | J207-170157-0046 |
| | 425-405350 |
| **Your Reference:** | 405350 |
| **Fulfillment Date:** | Feb 5, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405350 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 252 Case | 677 | Bang Black Cherry Vanilla 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 30 | 252 Case | 716 | Bang Purple Guava Pear 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**   2/2

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 40 | 252 Case | 771 | Bang Cherry Blade Lemonade 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|------|----------|---------|-------------|-----------|-----------|
| 50 | 252 Case | 476 | Bang Key Lime Pie 16oz 12pk | 13.50 USD / 1 Case | 3,402.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 3,402.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 18,711.00 USD |
| Overall Discount (%) | -25.00 % | -4,677.75 USD |
| **Total** | | **14,033.25 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**    1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 11, 2021 |
| **Invoice Number:** | INV-91649 |
| **Sales Order Number:** | 88733 |
| **Reference Delivery Number:** | J202-172308-0046 |
| | 695-405048 |
| **Your Reference:** | 405048 |
| **Fulfillment Date:** | Feb 11, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**      2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405048 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 1,701.00 USD |
| Overall Discount (%) | -25.00 % | -425.25 USD |
| **Total** | | **1,275.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**        1/2

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 11, 2021 |
| **Invoice Number:** | INV-91674 |
| **Sales Order Number:** | 88731 |
| **Reference Delivery Number:** | J202-172359-0046 |
| | 686-405046 |
| **Your Reference:** | 405046 |
| **Fulfillment Date:** | Feb 11, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

2121 Diehl Rd Suite 131

Aurora IL  60502

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

HOUSTON, TX                       NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
60whs@europasports.com
KyleYoung@EuropaSports.com
9am, 10am, 11am or 12pm  Wed - Fri
All appointments at the Houston location should be requested via email to 60whs@europasports.com

MESQUITE,TX                   NO SIDEWAYS PALLETS FOR TEXAS
Email for Delivery Appointment
MESREC@EuropaSports.com
karimNaghwai@EuropaSports.com
Receiving Supervisor – Karim Naghwai
Receiving hours 9am – 2pm
214-388-7364

WINDSOR,CT
Email for Delivery Appointment
WNDREC@europasports.com
KameronHarrington@EuropaSports.com
Brettpendragon@europasports.com
Joshgilbert@europasports.com

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

**Page:**     2/2

Receiving Supervisor: KameronHarrington@EuropaSports.com
Warehouse Manager: GregJasienski@EuropaSports.com
Receiving hours – 8am – 2pm
860.688.1110 X 52085

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

AURORA,IL
Email for Delivery Appointment
egvrec@EuropaSports.com
UylessisHarper@EuropaSports.com
brandonweiten@europasports.com
Receiving hours: 8am to 1pm CT

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405046 | 1000550 | Daymara Saborit | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 523 | Bang Lemon Drop 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 20 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

|  |  |  |
|---|---|---|
| Total Item Net Value | | 3,402.00 USD |
| Overall Discount (%) | -25.00 % | -850.50 USD |
| **Total** | | **2,551.50 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 15, 2021 |
| **Invoice Number:** | INV-91870 |
| **Sales Order Number:** | 90174 |
| **Reference Delivery Number:** | J206-172512-0047 |
| | 209-405353 |
| **Your Reference:** | 405353 |
| **Fulfillment Date:** | Feb 15, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3051 MARION DR SUITE 103

LAS VEGAS NV  89115


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)


LAS VEGAS
Email for Delivery Appointment
70WHS@EuropaSports.com;LASREC@EuropaSports.com
Scheduling hours:  6AM – 11AM  Mon – Fri
(702) 978-5600

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405353 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 429 | Bang Radical Skadattle 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | 13.50 USD / 1 Case | | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 1,701.00 USD |
| Overall Discount (%) | -25.00 % | -425.25 USD |
| **Total** | | **1,275.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Feb 24, 2021 |
| **Invoice Number:** | INV-92457 |
| **Sales Order Number:** | 90136 |
| **Reference Delivery Number:** | WB1-170884-1 |
| **Your Reference:** | 405350 |
| **Fulfillment Date:** | Feb 24, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

11401-H Granite Street

Charlotte NC  28273

MINIMUM REQUIREMENTS ARE:

9 months or greater:
Drinks/Bars/Snacks/Foods/Chips

12 months or greater:
All other supplements – (Pills, powders, etc)

CHARLOTTE,NC
Email for Delivery Appointment
REC1@europasports.com
russellzoeller@europasports.com
KrunalPatel@EuropaSports.com
Receiving Hours : 9am -2pm

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405350 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 378 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 5,103.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 5,103.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 5,103.00 USD |
| Overall Discount (%) | -25.00 % | -1,275.75 USD |
| **Total** | | **3,827.25 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/



Vital Pharmaceuticals, Inc.
1600 North Park Dr
Weston, FL 33326-3210
Ph: (954)641-0570
Fax: (954)641-4960
Tax ID: 65-0668430

Europa Sports Products, Inc.
P.O. Box 117200
Atlanta GA  30368

| | |
|---|---|
| **Date:** | Mar 1, 2021 |
| **Invoice Number:** | INV-92701 |
| **Sales Order Number:** | 90177 |
| **Reference Delivery Number:** | J202-174598-0047 |
| | 757-405355 |
| **Your Reference:** | 405355 |
| **Fulfillment Date:** | Mar 1, 2021 |

**Ship-to Address:**

Europa Sports Products, Inc.

3200 NW 27th Ave Suite 101

Pompano Beach FL  33069


MINIMUM REQUIREMENTS ARE:


9 months or greater:
Drinks/Bars/Snacks/Foods/Chips


12 months or greater:
All other supplements – (Pills, powders, etc)

POMPANO BEACH,FL
Email for Delivery Appointment
ppbrec@europasports.com
LuisTorres@EuropaSports.com
russelldaniel@europasports.com
(954) 861-3985
Office: 954-861-3972 | Toll Free: 800-447-4795 ext. 83972

| Purchase Order No. | Customer ID | Sales Person | Shipping Method | Payment Terms | Req Ship Date |
|---|---|---|---|---|---|
| 405355 | 1000550 | Alexandra Tobon | | 30 days net | |

| Line | Quantity | Product | Description | Net Price | Net Value |
|---|---|---|---|---|---|
| 10 | 126 Case | 614 | Bang Star Blast 16oz 12pk | 13.50 USD / 1 Case | 1,701.00 USD |
| | List Price | | | 13.50 USD / 1 Case | 1,701.00 USD |

| | | |
|---|---|---|
| Total Item Net Value | | 1,701.00 USD |
| Overall Discount (%) | -25.00 % | -425.25 USD |
| **Total** | | **1,275.75 USD** |

All sales are final. Product damages must be reported within 24 hours of receipt. No returns will be accepted after 14 days. No returns will be accepted without an RMA number. To obtain an RMA number, please email RMA@vpxsports.com. All rejections and unauthorized returns will incur a 25% restocking fee and **cost of freight charges**. For additional information, please see our Terms and Conditions, by visiting https://bang-energy.com/legal/